UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ANTQUAN DUPREE CLAY,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF FONTANA, et al.,<br><br>Defendants. | Case No. EDCV13-01546-GHK (DFM)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: 11/17/13

GEORGE H. KING
United States Chief District Judge